NEWELL E. AVERY *vs.* ALBERT J. AVERY.

Lincoln County. Decided December 6, 1912. This is an action of assumpsit on a promissory note for $29.25 dated November 7, 1905. The jury rendered a verdict for the plaintiff for $39.72, and the defendant filed a general motion for a new trial. Motion sustained; verdict set aside. There was no legal consideration for the note on which the verdict was rendered. *R. S. Partridge,* for plaintiff. *W. M. Hilton,* for defendant.